# Exhibit A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 67.190.1.129 | 06/14/2012 01:45:59 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Comcast Cable | Colorado |
| 2 | 67.190.24.117 | 04/07/2012 10:54:06 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Comcast Cable | Colorado |
| 3 | 71.196.168.213 | 07/22/2012 10:51:08 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Comcast Cable | Colorado |
| 4 | 75.71.179.225 | 06/09/2012 08:47:37 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Comcast Cable | Colorado |
| 5 | 75.70.55.43 | 04/09/2012 01:16:30 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Comcast Cable | Colorado |
| 6 | 75.70.190.225 | 07/26/2012 05:09:01 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Comcast Cable | Colorado |
| 7 | 99.195.99.246 | 07/10/2012 12:07:01 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CenturyTel Internet Holdings | Colorado |
| 8 | 75.151.81.109 | 04/19/2012 12:31:57 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Comcast Business Communications | Colorado |
| 9 | 76.178.12.60 | 05/06/2012 07:44:23 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Road Runner | Colorado |
| 10 | 76.178.14.182 | 07/08/2012 11:27:10 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Road Runner | Colorado |
| 11 | 76.178.12.176 | 05/10/2012 02:43:27 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Road Runner | Colorado |
| 12 | 174.22.164.166 | 06/28/2012 05:13:16 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Century Link | Colorado |
| 13 | 76.73.3.220 | 06/15/2012 10:27:55 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | FDCservers.net | Colorado |
| 14 | 75.173.231.68 | 04/17/2012 10:54:02 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Qwest Communications | Colorado |
| 15 | 174.24.109.161 | 05/31/2012 11:43:08 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Qwest Communications | Colorado |
| 16 | 67.41.134.146 | 05/03/2012 06:37:48 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Qwest Communications | Colorado |
| 17 | 72.174.124.119 | 09/01/2012 07:55:39 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Bresnan Communications | Colorado |
| 18 | 97.124.221.188 | 09/03/2012 03:45:20 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Century Link | Colorado |