IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02418-WYD-MEH

XPAYS, INC.,

    Plaintiff,

v.

IVAN CRESPIN,
JAMES C. BUSHMAN,
MICHAEL CAMARGO, and
SALVADOR ARREDONO,

    Defendants.

---

### ORDER OF DISMISSAL OF PARTY WITHOUT PREJUDICE

---

THIS MATTER COMES before the Court on the Plaintiff's Notice of Dismissal of Ivan Crespin (ECF No. 30), filed May 24, 2013.  After carefully reviewing the file in this matter, I find that the motion should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, it is

ORDERED that Defendant Ivan Crespin is **DISMISSED WITHOUT PREJUDICE** from this action.  The Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: May 28, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE